IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GASTON WILKES, ) | No. C 12-2018 LHK (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| CONTRA COSTA COUNTY DISTRICT ATTORNEY, ) | |
| Defendant. ) | |

On April 23, 2012, Plaintiff, proceeding *pro se*, filed a civil rights complaint. On July 17, 2012, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within thirty days or face dismissal. More than thirty days have passed, and Plaintiff has not filed an amended complaint, nor otherwise communicated with the Court. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 10/1/12

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\pro-se\sj.lhk\cr.11\Botelho311dis