IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GASTON WILKES,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY DISTRICT ATTORNEY,<br><br>    Defendant. | No. C 12-2018 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/1/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\cr.11\Botelho311jud